Check No. 1225520

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 15-01433-RNO | 999-0 | ANN MARIE VON ESSE<br>Original Check written to:<br>ANN MARIE VON ESSE<br>831 MONTDALE RD.<br>SCOTT TWP., PA 18447 | | 0.00 | 23.34 | 0.00 | 23.34 |
| 15-03800-HWV | 017-0 | AARON B. THOMAS<br>Original Check written to:<br>USAA FEDERAL SAVINGS BANK<br>10750 MCDERMOTT FWY.<br>SAN ANTONIO, TX 782880596 | 4977 | 1,135.04 | 173.54 | 0.00 | 173.54 |
| 15-04608-RNO | 011-0 | WADE N BUCHER, JR.<br>Original Check written to:<br>AFC FIRST<br>4501 NORTH POINT PARKWAY<br>SUITE 300<br>ALPHARETTA, GA 30022-2412 | | 2,335.59 | 29.31 | 0.00 | 29.31 |
| 15-04608-RNO | 012-0 | WADE N BUCHER, JR.<br>Original Check written to:<br>AFC FIRST<br>4501 NORTH POINT PARKWAY<br>SUITE 300<br>ALPHARETTA, GA 30022-2412 | | 3,053.50 | 38.32 | 0.00 | 38.32 |
| 15-04676-HWV | 002-0 | JOSHUA DANIEL STARGEL<br>Original Check written to:<br>FFFCU OF MARYLAND<br>1215 YORK ROAD<br>LUTHERVILLE, MD 21093- | | 119.14 | 6.92 | 0.00 | 6.92 |
| 15-04676-HWV | 003-0 | JOSHUA DANIEL STARGEL<br>Original Check written to:<br>FFFCU OF MARYLAND<br>1215 YORK ROAD<br>LUTHERVILLE, MD 21093- | 9940-91 | 508.45 | 13.92 | 0.00 | 13.92 |