Certificate Number: 16339-PAM-DE-035349980

Bankruptcy Case Number: 15-04676


16339-PAM-DE-035349980

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on February 9, 2021, at 1:46 o'clock PM EST, Joshua Stargel completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 9, 2021    By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor

Certificate Number: 16339-PAM-DE-035349981

Bankruptcy Case Number: 15-04676


16339-PAM-DE-035349981

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 9, 2021, at 1:46 o'clock PM EST, Shannon Stargel completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  February 9, 2021   By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor