In re:  Case No. 15-04676-HWV
Joshua Daniel Stargel  Chapter 13
Shannon Marie Stargel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Feb 10, 2021     Form ID: 3180W     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua Daniel Stargel, Shannon Marie Stargel, 484 Pumping Station Road, Hanover, PA 17331-9301 |
| 4796674 | + | 820 Follin Lane, Vienna, VA 22180-4907 |
| 4714978 | | GLELSI, P O Box 7860, Madison, WI 53707-7860 |
| 4732243 | | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 4750790 | + | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE SUITE #200, MOORPARK, CA 93021-2602 |
| 4714981 | | PennyMac, P O Box 514387, Los Angeles, CA 90051-4387 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4759285 | | EDI: BL-BECKET.COM | Feb 10 2021 23:43:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4718329 | + | Email/Text: collections@firstfinancial.org | Feb 10 2021 18:47:00 | First Financial Credit Union of Md, 1215 York Road, Lutherville, MD 21093-6207 |
| 4714977 | | Email/Text: collections@firstfinancial.org | Feb 10 2021 18:47:00 | First Financial Federal Credit Unio, 1215 York Road, Lutherville Timonium, MD 21093-6207 |
| 4714976 | | EDI: JPMORGANCHASE | Feb 10 2021 23:43:00 | Chase, P O Box 15153, Wilmington, DE 19886-5153 |
| 4714975 | | EDI: JPMORGANCHASE | Feb 10 2021 23:43:00 | Chase, P O Box 15298, Wilmington, DE 19886-5298 |
| 4714979 | | Email/Text: camanagement@mtb.com | Feb 10 2021 18:47:00 | M & T Bank, P O Box 900, Millsboro, DE 19966-0900 |
| 4750584 | + | EDI: MID8.COM | Feb 10 2021 23:43:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4730072 | + | EDI: NFCU.COM | Feb 10 2021 23:43:00 | Navy Federal Credit Union, PO BOX 3000, Merrifield, VA 22119-3000 |
| 4714980 | | EDI: NFCU.COM | Feb 10 2021 23:43:00 | Navy Federal Credit Union, P O Box 3700, Merrifield, VA 22119-3700 |
| 4760573 | | EDI: PRA.COM | Feb 10 2021 23:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4717451 | | EDI: PENNDEPTREV | Feb 10 2021 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 4717451 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 10 2021 18:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 4729232 | | EDI: RECOVERYCORP.COM | Feb 10 2021 23:43:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL |

| Recip ID | Bypass | Address | Date | Recipient |
|---|---|---|---|---|
| | | | | 33131-1605 |
| 4714982 | | EDI: CITICORP.COM | Feb 10 2021 23:43:00 | Sears, P O Box 6282, Sioux Falls, SD 57117-6282 |
| 4729377 | | EDI: WFFC.COM | Feb 10 2021 23:43:00 | United States Department of Education, Claims Filing Unit, P O Box 8973, Madison, WI 53708-8973 |
| 4857514 | + | Email/Text: kcm@yatb.com | Feb 10 2021 18:47:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4719375 | | PennyMac Loan Services, LLC, removed per entry #39 |
| 4731220 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor PennyMac Loan Services LLC pamb@fedphe.com |
| Joseph Angelo Dessoye | on behalf of Creditor PennyMac Loan Services LLC pamb@fedphe.com |
| Joseph P Schalk | on behalf of Creditor PennyMac Loan Services LLC joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov |
| Mario John Hanyon | on behalf of Creditor PennyMac Loan Services LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Nicholas G. Platt | on behalf of Debtor 1 Joshua Daniel Stargel ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 2 Shannon Marie Stargel ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicole Bernadette LaBletta | on behalf of Creditor Navy Federal Credit Union nlabletta@pincuslaw.com brausch@pincuslaw.com |

Rebecca Ann Solarz
    on behalf of Creditor PennyMac Loan Services LLC bkgroup@kmllawgroup.com

Recovery Management Systems Corporation
    claims@recoverycorp.com

Stephen Wade Parker
    on behalf of Debtor 1 Joshua Daniel Stargel Mooneybkecf@gmail.com R61895@notify.bestcase.com

Stephen Wade Parker
    on behalf of Debtor 2 Shannon Marie Stargel Mooneybkecf@gmail.com R61895@notify.bestcase.com

Thomas Song
    on behalf of Creditor PennyMac Loan Services LLC pamb@fedphe.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William Edward Miller
    on behalf of Creditor PennyMac Loan Services LLC wmiller@friedmanvartolo.com, wedwardmiller@gmail.com

TOTAL: 16

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Joshua Daniel Stargel | Social Security number or ITIN xxx–xx–5546 |
| | First Name Middle Name Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Shannon Marie Stargel | Social Security number or ITIN xxx–xx–1834 |
| | First Name Middle Name Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:15–bk–04676–HWV | |

# Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joshua Daniel Stargel           Shannon Marie Stargel

2/10/21

**By the court:** Henry W. Van Eck
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**