In re:     Case No. 15-04676-HWV

Joshua Daniel Stargel     Chapter 13

Shannon Marie Stargel

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 16, 2021 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Joshua Daniel Stargel, Shannon Marie Stargel, 484 Pumping Station Road, Hanover, PA 17331-9301

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor PennyMac Loan Services LLC pamb@fedphe.com |
| Joseph Angelo Dessoye | on behalf of Creditor PennyMac Loan Services LLC pamb@fedphe.com |
| Joseph P Schalk | on behalf of Creditor PennyMac Loan Services LLC joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov |
| Mario John Hanyon | |

on behalf of Creditor PennyMac Loan Services LLC pamb@fedphe.com, mario.hanyon@brockandscott.com

Nicholas G. Platt
    on behalf of Debtor 1 Joshua Daniel Stargel ngp@mooney4law.com plattnr61895@notify.bestcase.com

Nicholas G. Platt
    on behalf of Debtor 2 Shannon Marie Stargel ngp@mooney4law.com plattnr61895@notify.bestcase.com

Nicole Bernadette LaBletta
    on behalf of Creditor Navy Federal Credit Union nlabletta@pincuslaw.com brausch@pincuslaw.com

Rebecca Ann Solarz
    on behalf of Creditor PennyMac Loan Services LLC bkgroup@kmllawgroup.com

Recovery Management Systems Corporation
    claims@recoverycorp.com

Stephen Wade Parker
    on behalf of Debtor 1 Joshua Daniel Stargel Mooneybkecf@gmail.com R61895@notify.bestcase.com

Stephen Wade Parker
    on behalf of Debtor 2 Shannon Marie Stargel Mooneybkecf@gmail.com R61895@notify.bestcase.com

Thomas Song
    on behalf of Creditor PennyMac Loan Services LLC pamb@fedphe.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William Edward Miller
    on behalf of Creditor PennyMac Loan Services LLC wmiller@friedmanvartolo.com, wedwardmiller@gmail.com

TOTAL: 16

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Joshua Daniel Stargel, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:15−bk−04676−HWV |
| Shannon Marie Stargel, | |
| **Debtor 2** | |

Social Security No.:
xxx−xx−5546   xxx−xx−1834

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: March 16, 2021                                    By the Court,

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**fnldec** (10/20)